PS 40
(REV. NCWP 5/06)

# UNITED STATES DISTRICT COURT

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**FILED**
**CHARLOTTE, NC**
**JUN - 5 2007**
**U.S. DISTRICT COURT**
**WESTERN DISTRICT OF NC**

TO: United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

FROM: U.S. Probation Office
200 S. College Street, Suite 1650
Charlotte, NC 28202-2005

☒ **Original Notice**

Date: 5/31/07

BY: Deborah S. Fackrell

☐ **Disposition of Original Notice**

Date: _____

BY: _____

Defendant: Diane Beverly Siguenza
Date of Birth: 02/22/1954
SSN: 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

Case Number: 3:05CR400
Place of Birth: Riverside, CA

NOTICE OF COURT ORDER (Order Date: 5/31/07)

*So ORDERED, this 31st day of May, 2007,*
*Carl Horn, III*
*U.S. Magistrate Judge*

☐ The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

☒ The above-named defendant surrendered Passport Number <u>710626804</u> to the custody of the U.S. Probation Office on <u>5/22/07</u>.

### NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

☐ Defendant not convicted — Document returned to defendant.

☐ Defendant not convicted — Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted — Document and copy of Judgment enclosed.

Distribution:
Original to Case File
Department of State
Defendant (or representative)