UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

3:05CR400

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| (6) DIANE BEVERLY SIGUENZA | ) | |

THIS MATTER is before the Court on the Government's Motion to Dismiss certain real property from the Consent Order and Judgment of Forfeiture.

For good cause shown and for the reasons set forth in the Government's motion, IT IS THEREFORE ORDERED THAT the following property is hereby dismissed from the Consent Order and Judgment of Forfeiture (Dkt. 283): Real property at 2227 Elm Street, Chico, California.

Signed: February 7, 2012

Frank D. Whitney
United States District Judge